

**MEMORANDUM OPINION**

No. 04-08-00135-CV

**IN THE INTEREST OF E.V.M.**,
A Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-00303
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:　Rebecca Simmons, Justice

Sitting:　　　Alma L. López, Chief Justice
　　　　　　　Sandee Bryan Marion, Justice
　　　　　　　Rebecca Simmons, Justice

Delivered and Filed:　October 15, 2008

AFFIRMED

This is an appeal concerning the trial court's termination of Appellant Barbara's parental rights to her child, E.V.M.[1] Barbara's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights).

---

[1]　To protect the privacy of the parties in this case, we identify the child by her initials and the child's mother by her first name only. *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2002).

A copy of counsel's brief was delivered to Barbara, who was advised of her right to examine the record and to file a pro se brief.  No pro se brief has been filed.  After reviewing the record, we agree that the appeal is frivolous and without merit.  The judgment of the trial court is, therefore, affirmed.  Furthermore, we grant counsel's motion to withdraw.


Rebecca Simmons, Justice